IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. AP-75,911






IN RE DAVID SCHULMAN
 





ON APPLICATION FOR WRIT OF MANDAMUS


IN CAUSE N0. 07-07-0066-CR FROM THE


SEVENTH COURT OF APPEALS 


WILLIAMSON COUNTY







Per Curiam


ORDER



 On June 8, 2007, this Court granted Relator's motion to stay proceedings in Solanas
v. State, No. 07-07-0066-CR, then pending in the Seventh Court of Appeals, while we
considered whether to grant Relator's motion for leave to file a writ of mandamus. On April
30, 2008, this Court issued its opinion denying Relator relief. Therefore, we order that the
stay in proceedings be lifted.

Delivered: May 21, 2008

Do Not Publish